United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLANCY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DOUGLAS PATTERSON, et al.,<br>　　　　Defendants. | Case No.  13-cv-04316-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF No. 9 |

　　　A hearing on Defendant Patterson's motion to dismiss is scheduled for a hearing on January 9, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

　　　**IT IS SO ORDERED.**

Dated: December 30, 2013

_____
JON S. TIGAR
United States District Judge